penses or cash medical support for the obligor's child pursuant to court order. *Id.* § 154.062(d). Notably, Texas law does not exclude maintenance and cure payments from its definition of "resources."

In light of this broad definition, the district court correctly denied Aguilera's motion seeking a ruling that his maintenance and cure payments did not constitute income. Therefore, FCA acted appropriately when it withheld portions of those payments in order to satisfy its duties under the Order.

AFFIRMED.

MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York, Plaintiff–Appellee,

v.

ENC CORPORATION; Suntrust Investment Co., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, Switzerland; John K. Burns, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; The Estate of Ferdinand E. Marcos; Imelda R. Marcos; Ferdinand R. Marcos, Jr.; Maria Imelda Marcos; Irene Marcos Araneta; Frontier Risk Capital Management, L.C.C., a limited liability company organized and existing under the laws of the State of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; Grosvenor Capital Ltd., a company organized

and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35–37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; The Estate of Roger Roxas; Golden Budha Corporation, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113, Defendants,

and

Arelma, Inc., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40–59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co. S.A., rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland, Defendant–Appellant,

Mariano J. Pimentel, on behalf of himself and all other persons similarly situated, Defendant–Appellee,

Philippine National Bank, Defendant–Appellant.

Merrill Lynch, Pierce, Fenner And Smith, Incorporated, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York, Plaintiff–Appellee,

v.

ENC Corporation; Arelma, Inc., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40–59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Sun-

trust Investment Co.S.A., rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; Suntrust Investment Co., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; John K. Burns, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; The Estate of Ferdinand E. Marcos; Imelda R. Marcos; Ferdinand R. Marcos, Jr.; Maria Imelda Marcos; Irene Marcos Araneta; Frontier Risk Capital Management, L.C.C., a limited liability company organized and existing under the laws of the State of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; Grosvenor Capital Ltd., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35–37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; The Estate of Roger Roxas; Golden Budha Corporation, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113; Philippine National Bank, Defendants,

and

Mariano J. Pimentel, on behalf of himself and all other persons similarly situated, Defendant–Appellee,

Republic of the Philippines; Presidential Commission on Good Government, a government agency of the Republic of the Philippines, Defendants–Appellants.

Merrill Lynch, Pierce, Fenner and Smith, Incorporated, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York, Plaintiff–Appellee,

v.

ENC Corporation; Arelma, Inc., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40–59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co.S.A., rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; Suntrust Investment Co., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; John K. Burns, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; The Estate of Ferdinand E. Marcos; Imelda R. Marcos; Ferdinand R. Marcos, Jr.; Maria Imelda Marcos; Irene Marcos Araneta; Frontier Risk Capital Management, L.C.C., a limited liability company organized and existing under the laws of the State of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; Grosvenor Capital Ltd., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35–37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; Philippine National Bank; Republic of the Philippines; Presidential Commission on Good Government, a government agency of the Republic of the Philippines, Defendants,

**and**

**The Estate of Roger Roxas; Golden Budha Corporation, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113, Defendants–Appellants,**

**Mariano J. Pimentel, on behalf of himself and all other persons similarly situated, Defendant–Appellee.**

Nos. 04–16401, 04–16503, 04–16538.

United States Court of Appeals,
Ninth Circuit.

Aug. 4, 2008.

Jeffrey S. Portnoy, Esq., Cades, Schutte, Fleming & Wright, Honolulu, HI, A. Robert Pietrzak, Esq., Sidley Austin, LLP, New York, NY, for Plaintiff–Appellee.

Chun, Kerr, Dodd, Beaman & Wong, Honolulu, HI, William C. McCorriston, Esq., McCorriston Miller Mukai Mackinnon LLP, Attorney at Law, Honolulu, HI, for Defendant.

Carol A. Eblen, Esq., Ali'i Place, Honolulu, HI, Jay R. Ziegler, Esq., Barry A. Smith, Buchaler Nemer, PC, Daniel C. Cathcart, Esq., Magana Carthcart & McCarthy, Los Angeles, CA, for Defendants–Appellants.

Robert A. Swift, Esq., Kohn Swift & Graf, PC, Philadelphia, PA, for Defendant–Appellee.

Before: JOHN T. NOONAN, SIDNEY R. THOMAS, Circuit Judges, and JAMES L. ROBART,\* District Judge.

## ORDER

The district court of the District of Hawaii is directed to dismiss the interpleader action. *Republic of the Philippines v. Pimentel,* —— U.S. ——, 128 S.Ct. 2180, 171 L.Ed.2d 131 (2008).

**SOUTHWEST MARINE, INC., Petitioner–Appellant,**

v.

**UNITED STATES of America, Gordon R. England, United States Secretary of the Navy, in his official capacity, Respondents–Appellees.**

No. 07–55229.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 4, 2008.

Filed Aug. 6, 2008.

Washington, sitting by designation.